IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-169-PAB

UNITED STATES OF AMERICA,
    Plaintiff,
v.

1. **JOHN BOWEN,**
2. **DANIEL BERNIER,**
3. **JAMES JOHNSON,**
4. **DONALD CREAGER III,**
5. **ORLANDO MARTINEZ,**
6. **KENNETH CHASTAIN,**
7. **ALTAF HUSSAIN DANDIA aka "Dandy",**
8. **PETER KARFIAS, and**
9. **STEPHANIE CHRISTENSEN,**
    Defendants.

**RESTRICTED LEVEL 3**

**ORDER TO UNRESTRICT AND UNSEAL CASE**

The court having considered the Government's Motion to Un-Restrict Case in the above captioned matter,

IT IS ORDERED that the above referenced case, including the Government's Motion to Un-Restrict Case, this Order, the Indictment and Arrest Warrants, as well as any order issued by this Court are hereby unrestricted, unsealed, and available for public viewing, except Document 13, which is restricted at Level 4.

SO ORDERED this 7th day of May, 2014.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge