IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN BOWEN,
2. DANIEL BERNIER,
3. JAMES JOHNSON,
4. DONALD CREAGER III,
5. ORLANDO MARTINEZ,
6. KENNETH CHASTAIN,
7. ALTAF HUSSAIN DANDIA,
8. PETER KARFIAS,
9. STEPHANIE CHRISTENSEN,

    Defendants.

---

## ORDER

---

    This matter comes before the Court on the motions of defendants Bernier, Martinez, and Johnson [Docket Nos. 182, 183, 192, and 200] to extend certain pretrial deadlines. The United States filed a response [Docket No. 199] in which it proposes a revised schedule, and defendants Bowen, Bernier, Creager, Martinez, Chastain, Karfias, and Christensen filed a response [Docket No. 207] requesting that the Court adopt the United States' proposed schedule. It is

    **ORDERED** that the pretrial deadlines in this case are revised as follows:

    - Government's Rule 16 expert disclosures are due October 1, 2014;

    - Defendants' rebuttal expert witness disclosures are due October 31, 2014;

    - Challenges to experts are due November 17, 2014;

    - Pretrial motions are due November 17, 2014;

    - Responses to expert challenges are due December 1, 2014;

    - Responses to pretrial motions are due December 1, 2014;

    - A two-hour hearing on motions is set for **December 12, 2014 at 10:00 a.m.** and a half-day hearing on motions is set for **January 9, 2015 at 9:00 a.m.**

It is further

**ORDERED** that Defendant Bernier's Motion to Continue Expert Deadlines to October 10, 2014 to Disclose Rebuttal Experts and November 10, 2014 to Challenge the Government's Experts [Docket No. 182], Defendant Bernier's Motion to Extend His Pretrial Motions Deadline and Re-schedule His Motions' Hearing [Docket No. 183], Defendant Martinez's Motion to Continue Expert Deadlines Until Sufficiently After the Government Produces its Expert Reports and Requested Particulars [Docket No. 192], and Defendant Johnson's Unopposed Motion to Extend Pretrial Motions Deadline Until November 17, 2014 [Docket No. 200] are denied as moot.

DATED September 15, 2014.

BY THE COURT:

  s/Philip A. Brimmer  
PHILIP A. BRIMMER  
United States District Judge