# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 19, 2015 |
| Court Reporter: Janet Coppock | Time: 37 minutes |
| Probation Officer: Nicole Peterson | Interpreter: n/a |

**CASE NO. 14-CR-00169-PAB-2**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jaime Pena |
| | Tonya Andrews |
| | Special Agent Michael Marshall |
| Plaintiff, | |
| vs. | |
| **2. DANIEL BERNIER,** | Patrick Burke |
| Defendant. | |

## SENTENCING

**3:31 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00169-PAB-2
February 19, 2015

Discussion regarding the proposed order of forfeiture.

**ORDERED:**  Government shall submit a revised proposed order of forfeiture.

Argument by Mr. Pena in support of the Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance.

Court states its findings and conclusions.

**ORDERED:**  Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance [Docket No. 492], is **GRANTED**.

Argument by Mr. Burke in support of the defendant's Motion for Non-Guideline Sentence and comments addressing sentencing.

Mr. Pena addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Non-Guideline Sentence [Docket No. 472], is **DENIED**.

Defendant entered his plea on **November 7, 2014** to counts **One and Twenty-Two of the Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **42** months, as to counts One and Twenty Two, to be served concurrently with each other and with any sentence of imprisonment imposed in Douglas County District Court Case No. 2014CR285.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
14-CR-00169-PAB-2
February 19, 2015

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall not work or engage in any activities involving the use, production, or distribution of synthetic marijuana.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon within 15 days of designation by the Bureau of Prisons.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 506], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts 3, 4, 7-21 and 23-29 of the Indictment [Docket No. 491], is **GRANTED.**

Page Four
14-CR-00169-PAB-2
February 19, 2015

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED**:  Bond is continued.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**4:08 p.m.**     **COURT IN RECESS**

**Total in court time:    37 minutes**

**Hearing concluded**