IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DANIEL BERNIER,

    Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Counts 3, 4, 7-21, and 23-29 of the Indictment as to Daniel Bernier [Docket No. 491]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Counts 3, 4, 7-21, and 23-29 of the Indictment as to Daniel Bernier [Docket No. 491] is granted. Counts 3, 4, 7-21, and 23-29 of the Indictment are dismissed as to defendant Daniel Bernier.

DATED February _19_, 2015.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge