IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  DANIEL BERNIER,

    Defendant.

_____

**ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AND
SUBSTITUTE ASSETS AGAINST DEFENDANT DANIEL BERNIER**
_____

This matter comes before the Court on the United States' Amended Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Daniel Bernier pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure [Docket No. 527]. The Court, having read said Motion and being fully advised in the premises, finds:

1. On May 5, 2014, the grand jury charged defendant Daniel Bernier in Counts 1, 3, 4, and 7 through 29 with violations of 18 U.S.C. § 371, 21 U.S.C. § 841(a)(1) and (b)(1)(C), 18 U.S.C. § 1957, and 18 U.S.C. § 1956(h), respectively. The Indictment sought forfeiture in the form of a personal money judgment against defendant Daniel Bernier, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853 in the amount of $1,800,000.00 [Docket No. 1]. The United States Amended First Bill of Particulars for Forfeiture of Property [Docket No. 115] further identified the following property as subject to forfeiture:

a. <u>Address</u>: 109 Pierce Avenue, Cape Canaveral, Florida 32920

   <u>Legal</u>: Lot 4, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

   <u>Parcel ID</u>:   24-37-23-CG-00061.0-0004.00

   RECORD OWNER of the above-described real property is Bowen and Bernier Investments, LLC a Florida Limited Liability Company by virtue of that certain **GENERAL WARRANTY DEED, recorded in the public records of Brevard County, Florida, on August 6, 2012, Official Record Book 6660, Page 2869**.

b. <u>Address</u>: 115 and 117 Pierce Avenue, Cape Canaveral, Florida 32920

   <u>Legal</u>: Lot 6, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

   <u>Parcel ID</u>: 24-37-23-CG-00061.0-0006.00

   RECORD OWNER of the above-described real property is Bowen and Bernier Investments, LLC a Florida Limited Liability Company by virtue of that certain GENERAL WARRANTY DEED, recorded in the public records of Brevard County, Florida, on July 5, 2012, Official Record Book 6636, Page 2761.

2. On November 7, 2014, the United States and defendant Daniel Bernier entered into a Plea Agreement [Docket No. 276]. The Plea Agreement provides, *inter alia*, that the defendant agrees to plead guilty to Counts 1 and 22 and further to forfeit any and all proceeds defendant obtained as a result of the counts of conviction, including a forfeiture money judgment in the amount of $1,800,000 and, as substitute assets, the above-described real property.

   Wherefore, it is

**ORDERED** that $1,800,000.00 is subject to forfeiture as proceeds obtained through commission of the offenses in Counts 1 and 22, directly or indirectly, to which defendant Bernier has pled guilty. It is further

**ORDERED** that an Order of Forfeiture for a Personal Money Judgment against defendant Daniel Bernier in the amount of $1,800,000.00, to be held jointly and severally liable with any forfeiture money judgment entered against co-defendant John Bowen, is entered in accordance with 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is further

**ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b) and Rule 32.2(e)(1)(B), defendant Daniel Bernier's interest in the substitute assets identified above is hereby forfeited to the United States for disposition according to law. It is further

**ORDERED** that this Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED February 25, 2015.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge