IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-1,2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JOHN BOWEN,
2.    DANIEL BERNIER,

        Defendants.

---

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS AGAINST DEFENDANTS JOHN BOWEN AND DANIEL BERNIER**

---

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture for Substitute Assets Against Defendants John Bowen and Daniel Bernier [Docket No. 708]. The Court having reviewed said motion finds:

1. A Preliminary Order of Forfeiture for Daniel Bernier was entered on February 25, 2015 [Docket No. 529], forfeiting defendant Bernier's right, title, and interest in the Pierce Avenue properties, as described below, as substitute assets.

2. A Preliminary Order of Forfeiture for John Bowen was entered on April 21, 2015 [Docket No. 580], forfeiting defendant Bowen's right, title and interest in the Pierce Avenue properties, as described below, as substitute assets.

3. All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n).

4. Settlement Agreements have been reached with both third-party lienholders.

5. It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(p) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

Therefore, it is

**ORDERED** that a judgment of forfeiture of the following real properties:

    a.    109 Pierce Avenue, Cape Canaveral, Florida 32920

          <u>Legal</u>: Lot 4, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

    b.    115 and 117 Pierce Avenue, Cape Canaveral, Florida 32920

          <u>Legal</u>: Lot 6, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

shall enter in favor of the United States pursuant to 21 U.S.C. § 853(p), free from the claims of any other party. It is further

**ORDERED** that the United States shall have full and legal title to the following real properties:

    a.    109 Pierce Avenue, Cape Canaveral, Florida 32920

          <u>Legal</u>: Lot 4, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

    b.    115 and 117 Pierce Avenue, Cape Canaveral, Florida 32920

          <u>Legal</u>: Lot 6, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

and may dispose of them in accordance with law. It is further

**ORDERED** that the rental proceeds from the above-identified properties in the custody of the government shall be forfeited. It is further

**ORDERED** that all proceeds from the sale of those substitute assets, as well as the rental proceeds, shall be applied against the forfeiture money judgment in the amount of $1,800,000.00 held jointly and severally against defendant Bowen and defendant Bernier.

DATED September 2, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge